JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBERT DILKS, | Case No. 5:24-cv-02686-JFW-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JASON ANDERSON, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: September 29, 2025

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE